AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

Daniel Siegfried

V.

**SUMMONS IN A CIVIL CASE**

McNeil Consumer Healthcare a Division of McNeil-PPC Inc., a Foreign corporation, Johnson & Johnson-Merck Consumer Pharmaceuticals Co., a foreign corporation, Johnson & Johnson, a foreign corporation, STGT, Inc., a foreign corporation, Millsport, L.L.C., a Delaware corporation, Millsport, LLC, a foreign corporation, Omnicom Group, Inc. a foreign corporation, and Andrew McVey, an individual

CASE NUMBER: 07-354

TO: (Name and address of Defendant)

Millsport L.L.C. (Delaware)
c/o Corporation Service Co.
2711 Centerville Rd, Ste 400
Wilmington, DE 19808

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Arthur Krawitz, Esq
Matthew Fogg, Esq
Doroshow, Pasquale, Krawitz & Bhaya
1202 Kirkwood Hwy
Wilmington, DE 19805

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                   _____ 2007_____
CLERK                                             DATE

_____
(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 6/12/2007 @ 3:15 pm |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on registered Agent Corporation Service Company. Accepted by managing agent Mary Drummond.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/13/2007
              Date

Signature of Server

2000 Pennsylvania Ave., Suite 207
Address of Server
Wilmington, DE 19806

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.